**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN HARRIS,<br><br>        Plaintiff,<br><br>    v.<br><br>BEAR VALLEY COMMUNITY SERVICES DISTRICT, et al.,<br><br>        Defendants. | Case No.: 1:12-cv-001664-LJO-JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE<br><br>(Doc. 7) |

Karen Harris ("Plaintiff") initiated this action on October 11, 2012. (Doc. 1). Plaintiff failed to file proofs of service indicating the defendants were served with the summons and complaint. On October 4, 2012, the Court issued an order to show cause why the action should not be dismissed, or in the alternative for Plaintiff to file proof defendants were served with the requisite documents. (Doc. 7). Plaintiff timely filed proofs of service, indicating all defendants were served on January 7 and 8, 2013. (Docs. 8-13). Accordingly, the Court's order to show cause (Doc. 7), is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **January 23, 2013**              /s/ Jennifer L. Thurston
                                                   UNITED STATES MAGISTRATE JUDGE

1