# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN JANE HARRIS, | CASE NO. CV F 12-1664 LJO JLT |
| Plaintiff, | **ORDER ON STATUS OF U.S. MAGISTRATE JUDGE CONSENT** |
| vs. | |
| BEAR VALLEY COMMUNITY SERVICES DISTRICT, et al., | |
| Defendants. / | |

Plaintiff's counsel and one of the defense counsel indicated to chambers staff that the parties will consent to the conduct of all further proceedings by U.S. Magistrate Judge Jennifer Thurston in accordance with 28 U.S.C. § 636(c) and F.R.Civ.P. 73(c). As such, this Court ORDERS the parties' counsel, no later than **March 7, 2013**, to file and serve papers to indicate whether each party consents to the conduct of all further proceedings by U.S. Magistrate Judge Thurston.

In addition, plaintiff's counsel indicated that plaintiff will file a first amended complaint rather than oppose the pending defense motions to dismiss. If plaintiffs' counsel will not file a first amended complaint and will oppose the motions to dismiss, plaintiffs' counsel must notify chambers staff immediately by contacting Gary Green at (559) 499-5683 or emailing him at ggreen@caed.uscourts.gov.

IT IS SO ORDERED.

**Dated:   February 26, 2013            /s/  Lawrence J. O'Neill**
                                  UNITED STATES DISTRICT JUDGE

1