IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN JANE HARRIS,<br><br>        Plaintiff,<br><br>   vs.<br><br>BEAR VALLEY COMMUNITY<br>SERVICE DISTRICT, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. CV F 12-1664 LJO JLT<br><br>**ORDER TO SHOW CAUSE WHY<br>SANCTIONS SHOULD NOT BE IMPOSED**<br>(Doc. 22.) |

Plaintiff's counsel disobeyed this Court's February 26, 2013 order ("Feb. 26 order") to file and serve papers, no later than March 7, 2013, to indicate whether plaintiff consents to the conduct of all further proceedings by U.S. Magistrate Judge Jennifer Thurston. As such, this Court ORDERS plaintiff's counsel, no later than March 12, 2012, to file papers to show good cause why this Court should not impose sanctions, including dismissal of this action, for failure to comply with the Feb. 26 order. This order to show cause will be discharged if, no later than March 12, 2013, plaintiff's counsel files papers to indicate whether plaintiff consents to the conduct of all further proceedings by Judge Thurston.

**This Court ADMONISHES plaintiff's counsel and plaintiff that this Court will dismiss this action if plaintiff's counsel fails to comply with this order and fails to file timely papers to respond to this order to show cause or to indicate whether plaintiff consents to the conduct of all further proceedings by Judge Thurston.**

1        This Court ADMONISHES the parties and their counsel that they must observe and obey the
2 Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions
3 as this Court deems appropriate.
4        IT IS SO ORDERED.
5 **Dated:   March 8, 2013**                     /s/  **Lawrence J. O'Neill**
                                                                        UNITED STATES DISTRICT JUDGE