UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BEAR VALLEY COMMUNITY SERVICES DISTRICT, et al.,<br><br>　　　　Defendant. | Case No.: 1:12-cv-01664 - JLT<br><br>ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT<br><br>(Doc. 17) |

On February 19, 2013, defendant Bear Valley Community Services District ("Defendant") filed a motion to dismiss the complaint filed by Karen Harris ("Plaintiff"). (Doc. 17). On March 11, 2013, Plaintiff filed her First Amended Complaint as permitted under Rule 15 of the Federal Rules of Civil Procedure. (Doc. 29). Accordingly, **IT IS HEREBY ORDERED**: Defendant's motion to dismiss (Doc. 17) is **DENIED AS MOOT**.

IT IS SO ORDERED.

Dated: **March 14, 2013**　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1