JOHN R. SZEWCZYK, ESQ. – SBN 109981
CLIFFORD & BROWN, A Professional Corporation
1430 Truxtun Avenue, Suite 900
Bakersfield, CA  93301-5230
(661) 322-6023 Telephone
(661) 322-3508 Fax
jszewczyk@clifford-brownlaw.com

Attorneys for defendant BEAR VALLEY COMMUNITY SERVICES DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN JANE HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>BEAR VALLEY COMMUNITY SERVICES DISTRICT; BEAR VALLEY POLICE DEPARTMENT; CHIEF OF POLICE TERRY FREEMAN; SERGEANT JOSHUA MOTLEY; SERGEANT DAVID WATTS; OFFICER RODNEY WALTHERS; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 1:12-cv-01664-LJO-JLT<br><br>**ORDER RE STIPULATION ON CONTINUED DATES FOR INITIAL CASE MANAGEMENT CONFERENCE, FILING PLEADINGS IN RESPONSE TO FIRST AMENDED COMPLAINT AND FILING OF "SLAPP" MOTION** |

## **ORDER**

Based upon the stipulation of the parties and good cause appearing,

IT IS ORDERED that dates for the filing of responsive pleadings, certain additional motions, and that the date for the Initial Scheduling Conference shall be changed as follows:

   a.   That all parties will engage in voluntary mediation which must be completed no later than June 7, 2013, if not sooner;

   b.   That any responsive pleadings which Defendants choose to file in response to Plaintiff's First Amended Complaint shall be due 30 days after the completion of voluntary mediation efforts undertaken by all parties;

     c.    That should Defendants choose to file "SLAPP" Motions in accordance with California Code of Civil Procedure Section 425.16 et.seq. in conjunction with any of the claims set forth by Plaintiff in her First Amended Complaint, said Motions must be filed within 60 days after the completion of voluntary mediation efforts undertaken by all parties;

     d.    That the Initial Case Scheduling Conference presently set for March 28, 2013 at 8:30 a.m. shall be continued to August 13, 2013; and,

     e.    That all parties shall not be required to exchange any and all Rule 26 Initial Disclosures until the date set by the Court at the time of the Initial Case Scheduling Conference.

IT IS SO ORDERED.

Dated:  **March 15, 2013**            **/s/ Jennifer L. Thurston**
                                                                     UNITED STATES MAGISTRATE JUDGE