UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN JANE HARRIS,<br><br>  Plaintiff,<br><br>  v.<br><br>BEAR VALLEY COMMUNITY SERVICES DISTRICT; BEAR VALLEY POLICE DEPARTMENT; CHIEF OF POLICE TERRY FREEMAN; SERGEANT JOSHUA MOTLEY; SERGEANT DAVID WATTS; OFFICER RODNEY WALTHERS; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No.: 1:12-cv-01664-LJO-JLT<br><br>**ORDER RE STIPULATION ON CONTINUED DATES FOR FILING PLEADINGS IN RESPONSE TO FIRST AMENDED COMPLAINT** |

## ORDER

Based upon the stipulation of the parties and good cause appearing,

IT IS ORDERED that dates for the filing of responsive pleadings, certain additional motions, and that the date for the Initial Scheduling Conference shall be changed as follows:

a. Any responsive pleadings which Defendants choose to file in response to Plaintiff's First Amended Complaint shall be due to be filed with the Court on or before June 24, 2013;

b. Should Defendants still choose to file a "SLAPP" Motion in accordance with California Code of Civil Procedure Section 425.16 et. seq. in conjunction with any of the

1

claims set forth by Plaintiff in her First Amended Complaint, said Motions must be filed on or before July 3, 2013; and

     c.    The Initial Case Scheduling Conference remains set for August 13, 2013 at 8:30 a.m. before the Honorable Magistrate Judge Jennifer L. Thurston.

IT IS SO ORDERED.

    Dated:   **June 2, 2013**                 **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE