<pre>
 1
 2
 3
 4
 5
 6
 7
 8                          UNITED STATES DISTRICT COURT
 9                         EASTERN DISTRICT OF CALIFORNIA
10
</pre>

| | | |
|---|---|---|
| KAREN HARRIS, | ) | Case No.: 1:12-cv-001664 JLT |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING STIPULATION TO DISMISS |
| | ) | DEFENDANT JOSHUA MOTLEY ONLY |
| v. | ) | |
| | ) | (Doc. 84) |
| BEAR VALLEY COMMUNITY SERVICES | ) | |
| DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is the stipulation of the parties to dismiss Defendant, Joshua Motley, with prejudice. (Doc. 84) Therefore, good cause appearing, the stipulation is **GRANTED**. Defendant Joshua Motley is **DISMISSED** from the matter with prejudice.

IT IS SO ORDERED.

Dated: **January 28, 2014**              /s/ Jennifer L. Thurston
                                      UNITED STATES MAGISTRATE JUDGE

1