# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN HARRIS, | Case No.: 1:12-cv-001664-LJO-JLT |
| Plaintiff, | ORDER GRANTING STIPULATION FOR DISMSSAL OF THE ACTION |
| v. | (Doc. 90) |
| BEAR VALLEY COMMUNITY SERVICES DISTRICT, et al., | |
| Defendants. | |

On November 7, 2014, the parties notified the Court that the matter had been settled. (Doc. 90) Thus, the Court **ORDERS**:

1. All pending dates, including the all hearings and the trial date are **VACATED**;
2. The matter is **DISMISSED WITH PREJUDICE**;
3. The Clerk of the Court is DIRECTED to CLOSE this matter.

IT IS SO ORDERED.

Dated: **November 10, 2014**          **/s/ Jennifer L. Thurston**
                              UNITED STATES MAGISTRATE JUDGE